# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME PALACIOS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL L. BENOV,<br><br>　　　　　Respondent. | Case No. 1:13-cv-01531-LJO-BAM-HC<br><br>ORDER GRANTING RESPONDENT TWENTY (20) DAYS IN WHICH TO SUBMIT MATERIALS IN SUPPORT OF THE MOTION TO DISMISS (DOC. 19)<br><br>ORDER EXTENDING THE DEADLINE FOR PETITIONER TO FILE OPPOSITION OR NOTICE OF NON-OPPOSITION TO THE MOTION TO DISMISS UNTIL THIRTY (30) DAYS AFTER RESPONDENT SUBMITS MATERIALS IN SUPPORT OF THE MOTION TO DISMISS |

　　　Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.

　　　Pending before the Court is the Respondent's motion to dismiss the petition as moot, which was filed on March 3, 2014. The petition raises claims concerning the disciplinary authority of a disciplinary hearing officer (DHO) who is not an employee of the Federal Bureau of Prisons (BOP). Respondent asserts that claims

1

concerning the disciplinary charges and sanctions that were the subject of the petition have been rendered moot because the charges have been considered by a DHO who is a BOP employee and who imposed independent sanctions.  However, Respondent did not submit any evidentiary matter that would tend to establish the facts relating to the asserted rehearing process that would constitute the basis for the request for relief in the form of dismissal of the petition.

A court has inherent power to control its docket and the disposition of its cases with economy of time and effort for both the court and the parties.  <u>Landis v. North American Co.</u>, 299 U.S. 248, 254-255 (1936); <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260 (9th Cir. 1992).  In the interest of the efficient administration of justice, the Court exercises its discretion to permit Respondent to supplement the motion with appropriate documentation and evidentiary materials to support the motion for dismissal.

Accordingly, it is ORDERED that Respondent may SUBMIT materials in support of the motion to dismiss no later than twenty (20) days after the date of service of this order.

The time for Petitioner to file opposition or non-opposition to the motion to dismiss is EXTENDED to no later than thirty (30) days after the date on which Respondent submits to the Court materials in support of the motion.

IT IS SO ORDERED.

Dated:   **March 6, 2014**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2